EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Junta de Planificación de Puerto Rico<br><br>    Peticionaria<br><br>        v.<br><br> Frente Unido Pro Defensa del Valle de Lajas, Asociación de Agricultores de P.R., Colegio de Agrónomos de P.R.<br><br>    Recurridos | Certiorari<br><br>2005 TSPR 151<br><br>165 DPR ＿＿＿ |

Número del Caso: CC-2004-946

Fecha: 21 de octubre de 2005

Tribunal de Circuito de Apelaciones:

            Región Judicial de Ponce

Juez Ponente:

            Hon. Rafael L. Martínez Torres


Abogados de la Parte Peticionaria:

            Lcdo. Luis Francisco Rodríguez Bonilla
            Lcdo. Elvin Hernández Salgado
            Lcdo. Edgardo Veguilla González

Abogada de la Parte Recurrida:

            Lcda. Elbia I. Vázquez Dávila



Materia: Impugnación de Reglamentación y Mapas


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Junta de Planificación de Puerto
Rico

      Peticionaria

        v.                   CC-2004-946

Frente Unido Pro Defensa del
Valle de Lajas, Asociación de
Agricultores de P.R., Colegio de
Agrónomos de P.R.

      Recurridos

PER CURIAM

San Juan, Puerto Rico, a 21 de octubre de 2005.

Atendida la solicitud de reconsideración presentada el 14 de septiembre de 2005, reconsideramos y enmendamos la Opinión y Sentencia dictada el 26 de agosto de 2005.

Se declara nula la **delimitación de un área de terreno comprendido en la Reserva Agrícola del Valle de Lajas**, que la Junta de Planificación excluyó de la referida reserva mediante la aprobación de la Resolución JP-RP-28-2003 de 5 de diciembre de 2003. En dicha Resolución constan las delimitaciones hechas por la Junta de Planificación para las Reservas Agrícolas de los

Valles de Lajas, Coloso y Guanajibo. Surge de esta Resolución, que la Junta de Planificación al delimitar la Reserva Agrícola del Valle de Lajas, excluyó terrenos de la misma, en contravención a la Ley Núm. 277 de 20 de agosto de 1999 [1]. Dicho estatuto fue aprobado para declarar la política pública del Gobierno de Puerto Rico en torno al desarrollo agrícola de los terrenos comprendidos dentro del denominado Valle de Lajas, entre otros.

Los Mapas de Delimitación sobre la Reserva Agrícola del Valle de Lajas [2], que reflejan la demarcación del área que fue excluida por virtud de la Resolución JP-RP-28-2003, emitida por la Junta de Planificación, se declaran inválidos, por ser igualmente contrarios a la Ley Núm. 277, *supra*.

Se mantiene la validez del Reglamento Núm. 28 de Zonificación Especial Para las Reservas Agrícolas de Puerto Rico, cuyo propósito es establecer los usos a permitirse en terrenos designados como reservas agrícolas y de esta manera protegerlos y conservarlos. Dicho Reglamento se mantendrá en vigor en todo aquello que sea cónsono con la Ley Núm. 277, *supra*. La Junta de Planificación excluyó de la Reserva Agrícola del Valle de Lajas, los terrenos que

---

[1] 23 L.P.R.A. sec. 7030 et seq.

[2] Estos Mapas de Delimitación se hicieron formar parte integral del Reglamento de Zonificación Especial para las Reservas Agrícolas de Puerto Rico, Reglamento de Planificación, Núm. 28, Junta de Planificación de Puerto Rico, 13 de febrero de 2004.

según la Ley 277, *supra*, debieron ser incluidos en la misma, mediante la Resolución JP-RP-28-2003 y no a través del Reglamento Núm. 28, *supra*.

Se declara inválida la exclusión de la referida área que consta en la Resolución JP-RP-28-2003 y en los Mapas de Delimitación, en cuanto a la Reserva Agrícola del Valle de Lajas, por no estar conforme a la Ley 277, *supra*. Así modificada, se confirma la sentencia recurrida.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Junta de Planificación de Puerto Rico

     Peticionario

        v.                  CC-2004-946

Frente Unido Pro Defensa Del Valle de Lajas, Asociación de Agricultores de P.R., Colegio de Agrónomos de P.R.

     Recurridos

SENTENCIA

San Juan, Puerto Rico, a 21 de octubre de 2005.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se confirma la sentencia recurrida, así modificada en reconsideración.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo